## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-40 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles William Dexter, III, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Quash Subpoenas filed on April 5, 2022. (Doc. No. 76.) The Government moves the Court to quash Defendant's subpoenas issued on April 1, 2022, to Detective Kristin Boomer, Detective Jacob Lucas, and Officer Broc Bartylla of the Bloomington Police Department, commanding their testimony at the upcoming April 13, 2022 motions hearing. Defendant filed a response on April 8, 2022 indicating that the subpoenas were issued to ensure the witnesses' testimony at a *Franks* hearing. (Doc. No. 79.) The Court has not granted Defendant's motion for a *Franks* hearing and Defendant's motion *seeking* a *Franks* hearing will be heard on April 13, 2022. Thus, no *Franks* hearing is scheduled to occur during the April 13, 2022 hearing. Accordingly, the Government's Motion to Quash Subpoenas (Doc. No. 76) is **GRANTED**.

IT IS SO ORDERED.

Date:  April 8, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge