UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-40 (SRN/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.  **NOTICE OF APPEARANCE**

CHARLES WILLIAM DEXTER, III,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Manda M. Sertich

Dated: June 27, 2022      Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Manda M. Sertich*
BY:  MANDA M. SERTICH
Assistant U.S. Attorney